IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WILDWEST INSTITUTE, | ) | |
| | ) | Case No. CV-07-199-S-BLW |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM DECISION** |
| v. | ) | **AND ORDER** |
| | ) | |
| CECILIA SEESHOLTZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

The Court has before it a motion to reconsider filed by Wildwest. The motion is fully briefed and at issue. The motion seeks to add to the Judgment language stating that the withdrawal of the logging sales by the Forest Service is irrevocable.

The Court held, in its Memorandum Decision, that the two logging projects "have been withdrawn irrevocably until the revision process is complete." *See Memorandum Decision* at p. 8. The Court can find no reason to modify this decision or to add this language to the Judgment. Accordingly,

**Order - 1**

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to reconsider (Docket No. 64) is DENIED.



DATED:  **December 9, 2008**

Honorable B. Lynn Winmill
Chief U. S. District Judge

Order - 2